1  WHATLEY DRAKE & KALLAS LLC
   Joe R. Whatley, Jr.
2  jwhatley@wdklaw.com
   Edith M. Kallas
3  ekallas@wdklaw.com
   1540 Broadway, 37th Floor
4  New York, NY 10036
   Tel: (212) 447-7070
5  Fax: (212) 447-7077

6  Adam Plant
   aplant@wdklaw.com
7  2001 Park Place North, Suite 1000
   Birmingham, AL  35203
8  Tel: (205) 328-9576
   Fax: (205) 328-0669

9
   Attorney for Plaintiff AARON WALTERS and
10 Interim Lead Class Counsel

11 [Additional counsel appear on signature pages]

12

13                 **UNITED STATES DISTRICT COURT**

14      **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

15 In re Apple iPhone 3G Products Liability          )  CASE NO. M 09-02045 JW
   Litigation                                        )
16 ———————————————————————                           )  **<u>CLASS ACTION</u>**
                                                     )
17 THIS DOCUMENT PERTAINS TO:                         )  **NOTICE OF VOLUNTARY DISMISSAL**
                                                     )  **OF AT&T, INC. AS A DEFENDANT IN**
18 *Gillis v. Apple Computer Inc., et al.,*           )  ***GILLIS v. APPLE COMPUTER INC., et***
   C 09-00122-JW                                      )  ***al., CASE NO. C 09-00122-JW***
19                                                    )
20                                                    )  **Date:  N/A**
                                                     )  **Time:  N/A**
21                                                    )
22                                                    )  **Judge:        Hon. James Ware**
                                                     )
23                                                    )
                                                     )
24                                                    )
                                                     )
25                                                    )
                                                     )
26 ———————————————————————                           )

27

28

---

IT IS SO ORDERED

*James Ware*

Judge James Ware

12/4/2009

1
2
3
4
5
6

PLEASE TAKE NOTICE that in the above identified matter (*Gillis v. Apple Computer Inc., et al.*, Case No. C09-00122-JW) AT&T, Inc. **only** is hereby dismissed as a defendant without prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).  This Notice of Voluntary Dismissal is being filed without waiver to Plaintiffs asserting that such a dismissal without prejudice and other similar administrative matters was previously accomplished through the filing of the Master Administrative Consolidated Amended Complaint with this Court on October 21, 2009.

7
8
9

DATED:  December 1, 2009

Respectfully Submitted,

Counsel for Plaintiff William J. Gillis, Jr.:

THE CONSUMER LAW GROUP

10
11
12
13

By:   S/Alan M. Mansfield
    Alan M. Mansfield (SBN 125998)
    alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

14
15
16
17
18
19

HIDEN ROTT & OERTLE, LLP
MICHAEL IAN ROTT, ESQ. (C.S.B. 169468)
mrott@hrollp.com
DAVID V. HIDEN, ESQ. (C.S.B. 169915)
dhiden@hrollp.com
ERIC M. OVERHOLT, ESQ. (C.S.B. 248762)
eoverholt@hrollp.com
2635 Camino del Rio South, Suite 306
San Diego, CA 92108
Tel: (619) 296-5884
Fax: (619) 296-5171

20
21
22
23

William J. Doyle, II (SBN: 188069)
bill@doylelowther.com
DOYLE LOWTHER LLP
9466 Black Mountain Road, Suite 210
San Diego, CA  92126
Tel: (619) 573-1700
Fax: (619) 573-1701

24
25
26
27
28

2

CASE NO.:  M 09-02045 JW
CASE NO.:  C09-00122-JW